UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD C. GRANAT, LARRY C. LUCAS,
and HOLLY J. LUCAS,

          Plaintiffs,

vs.                       Case No. 2:03-cv-335-FtM-33DNF

JAMAICA AIR LINK, a *Foreign corporation*, AERO-EXPRESS LIMITED, a *Foreign corporation*, RUTAIR LIMITED, a *Foreign corporation*, PREMIER AVIATION GROUP, ANETUNA, S.A., a *Foreign corporation*, and PETER VAN DYKE,

          Defendants.
_____/

## ORDER

This matter comes before the Court on Joint Stipulation for Dismissal with Prejudice (Doc. #91) filed on July 7, 2005. The parties stipulate that the matter has been settled and request that the matter be dismissed with prejudice with each side to bear its own costs, attorney's fees, and expenses.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:** that this case is DISMISSED with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled

deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 8th day of July, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record